UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**SCANNED**

Case No. 07-60562-CIV-COHN/WHITE

LAVERDUE MARQUIS,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court upon a Report and Recommendation [DE 10], submitted by United States Magistrate Judge Patrick A. White on October 9, 2007, regarding Movant Laverdue Marquis' Motion to Vacate Pursuant to 28 U.S.C. § 2255, attaching his conviction and sentence entered pursuant to a guilty plea in Case No. 06-60279-CR-COHN. The Court notes that Mr. Marquis has filed no objections to this Report and Recommendation, and the time for filing such objections has now passed.

Pursuant to 28 U.S.C. § 636(b)(1), the Court has conducted a *de novo* review of the record herein, including the Motion and the Report and Recommendation, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1.     The Report and Recommendation [DE 10] of Magistrate Judge White is **ADOPTED**.

2.     Movant Laverdue Marquis' Motion to Vacate Pursuant to 28 U.S.C. § 2255 [DE 1] is **DENIED**.

3.     Any pending motions are **DENIED as moot**. The Clerk of Court is

directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 12th day of December, 2007.

/s/ James I. Cohn
JAMES I. COHN
United States District Court

Copies provided to:

Counsel of record

Laverdue Marquis, *pro se*
DC #B04258
Calhoun Correctional Facility
19562 SE Institution Drive
Blountstown, FL  32424-5156